

# U.S. District Court

## Florida Southern - Miami

Receipt Date: Jul 7, 2022 2:53PM

PAULLETTA HIGGINS

| Rcpt. No: 253224 | Trans. Date: Jul 7, 2022 2:53PM | | | Cashier ID: #VT |
|---|---|---|---|---|
| **CD** **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200  Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| **CD** | **Tender** | **Amt** |
|---|---|---|
| CC | Credit Card | $402.00 |
| | Total Due: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: 1:22-cv-22064

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.