(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED BY _____ D.C.
JUL 07 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Paulletta Higgins
PO Box 10616
Miami Fl 33101

Plaintiff(s)

v.

1.) Citrus health network
2.) Miami Dade County

Defendant(s)

Jury Demand

1 Million or whatever this court Deemed Fit

**ADA Complaint due to Gun Shot**
*(TITLE OF DOCUMENT)*

I, Paulletta Higgins, plaintiff or defendant, in the above styled cause, bring this complaint under ADA Redress and grievence and persona injury to 42 U.S.C 1983 plaintiff; a pro se a ligiagent Miami Dade County in Citus health intentionally put me in a rental property were I was shot by a tenent and had to seek server Medical treatment plainiff have a disabisili of intellectual Disabisy and spinal cord injury where I was put on a top level and I use a walker. but was shown a bottom unit apon move-in expecting to move in a bottom unit with alot more to explain.

I was also Put in a infested property where bugs get all in my food etal... and old appliance that cause a fire that landlord Citrus and Miami Dade refuse to accomindate landlord was know to be Deandra fernandez and Gustavo Miami Dade Matosha and Manny sarria and Vicki Malette Citrus is know for Rodger and Feleica Moralas The cause of action is Force to live in a residence after a Gun Shot

**Certificate of Service**

I Paulletta Huggies, certify that on this date 7-7-22 a true copy of the foregoing document was mailed to: Citrus Health Networks and Miami Dade County 4175 w. 20 St Hialeah Fl 33012, 111 NW 1st St Miami Fl 33128

By: _____

Printed or typed name of Filer: _____

Signature of Filer: Paulletta Huggies

Florida Bar Number: _____

E-mail address: _____

Phone Number: _____

Facsimile Number: _____

Street Address: PO Box 10616

City, State, Zip Code: Miami, Florida 33101