UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-22064-CIV-MARTINEZ-BECERRA

PAULETTA N. HIGGINS,

    Plaintiff,

v.

CITRUS HEALTH NETWORK, INC.
and MIAMI-DADE COUNTY,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on all dispositive matters. (ECF No. 6.) On August 1, 2023, Judge Becerra filed a Report and Recommendation in which she recommended that (1) Defendant Citrus Health Network's Motion to Dismiss, (ECF No. 14), be granted; (2) Defendant Miami-Dade County's Motion to Dismiss, (ECF No. 15), be granted; and (3) the Amended Complaint, (ECF No. 13), be dismissed with prejudice. (*See* ECF No. 18 at 9–10.) This Court has reviewed the entire file and record and notes that no objections have been filed, and the time to so object has passed. After careful consideration, it is:

**ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 18), is **AFFIRMED** and **ADOPTED** in its entirety. Accordingly, it is **ADJUDGED** that:

    1.    Defendant Citrus Health Network's Motion to Dismiss, (ECF No. 14), and Defendant Miami-Dade County's Motion to Dismiss, (ECF No. 15), are **GRANTED** as set forth in the Report and Recommendation.

2. The Complaint, (ECF No. 1), is **DISMISSED WITH PREJUDICE**. Final judgment in Defendants' favor and against Plaintiff shall enter by separate order.

3. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Pauletta N. Higgins, *pro se*