UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-22064-CIV-MARTINEZ-BECERRA**

PAULETTA N. HIGGINS,

     Plaintiff,

v.

CITRUS HEALTH NETWORK, INC.
and MIAMI-DADE COUNTY,

     Defendants.

_____/

## FINAL JUDGMENT

**PURSUANT** to Federal Rule of Civil Procedure 58, and in accordance with the reasons set forth in this Court's Order Adopting Report and Recommendation, (ECF No. 19), it is

**ORDERED AND ADJUDGED** that final judgment is **ENTERED** in favor of Defendants Citrus Health Network, Inc., and Miami-Dade County and against Plaintiff Pauletta N. Higgins. Plaintiff shall take nothing from this action, and Defendants may go hence without day.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record
Pauletta N. Higgins, *pro se*